B6B (Official Form 6B) (12/07)

In re   Robert W. Champion and Su L. Champion                    Case No. 10-11361
                    **Debtor**                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | C | 1,000 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank accounts<br>Coastal Community  $3562   Wells Fargo $789 | C | 4,351 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Furniture and hhg | C | 10,000 |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Gorman Art<br>4 prints, 1 original | C | 2,000 |
| | | Coins<br>Liberty 1794 silver dollar, $20; 6 presidential silver dollars, $100;<br>(5) Walking Liberty 1/2 dollars, 50<br>WWII coins, unknown:<br>6 President series, $25; | C | 250 |
| 6. Wearing apparel. | | Personal clothing | C | 500 |
| 7. Furs and jewelry. | | Furs and Jewlery<br>diamond cluster ring, $2200; diamond ring, onyx ring, amethyst ring, maybe $1,000? | C | 3,200 |
| | | Turquoise | C | 3,950 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748  -  31961 - Adobe PDF

B6B (Official Form 6B) (12/07) -- Cont.

**In re** Robert W. Champion and Su L. Champion  **Case No.** 10-11361
      **Debtor**        **(If known)**

AMENDED

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Handstrong, $200; Squash blossem choker, $2,000; Squash blossem, traditional, $1,500; Modern Sq. blossem, $250 | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Oakmark stock | C | 1,800 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Colby Center Partnership  18.75% limitied partnership interest | C | 169,000 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Earned fees | C | 2,000 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | | Inusrance claim  claim for stolen tv and radio, claim denied by reasserted | C | 1,500 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 31961 - Adobe PDF

**B6B (Official Form 6B) (12/07) -- Cont.**

AMENDED

**In re** Robert W. Champion and Su L. Champion     **Case No.** 10-11361
             **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 99 VW<br>1988 Cadillac | C<br>C | 4,500<br>2,200 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Marriot time share<br>1/2 intereset, 2 weeks a year Palm Desert<br><br>Paniola Greens time share<br>1 week, Hawaii, value is a guess, never seen or used | C<br><br><br>C | 4,000<br><br><br>5,000 |

                                             0     continuation sheets attached     Total     $     215,251

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (12/07)**

AMENDED

**In re** Robert W. Champion and Su L. Champion        **Case No.** 10-11361
          **Debtor**                                                **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑ 11 U.S.C. § 522(b)(2)          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| Home | (Husb)11 U.S.C. 522(d)(1) | 12,349 | 185,000 |
|  | (Wife)11 U.S.C. 522(d)(1) | 10,100 |  |
| Cash | (Husb)11 U.S.C. 522(d)(5) | 775 | 1,000 |
|  | (Wife)11 U.S.C. 522(d)(5) | 225 |  |
| Bank accounts | (Husb)11 U.S.C. 522(d)(5) | 4,351 | 4,351 |
| Furniture and hhg | (Wife)11 U.S.C. 522(d)(3) | 10,000 | 10,000 |
| Furs and Jewlery | (Husb)11 U.S.C. 522(d)(4) | 1,350 | 3,200 |
|  | (Wife)11 U.S.C. 522(d)(4) | 1,350 |  |
|  | (Wife)11 U.S.C. 522(d)(5) | 500 |  |
| 99 VW | (Husb)11 U.S.C. 522(d)(2) | 3,225 | 4,500 |
| Wife claims $1,275, program will not enter | (Wife)11 U.S.C. 522(d)(5) | 1,275 |  |
| 1988 Cadillac | (Wife)11 U.S.C. 522(d)(2) | 2,200 | 2,200 |
| Oakmark stock | (Husb)11 U.S.C. 522(d)(5) | 1,800 | 1,800 |
| Marriot time share | (Wife)11 U.S.C. 522(d)(5) | 4,000 | 4,000 |
| Gorman Art | (Husb)11 U.S.C. 522(d)(3) | 2,000 | 2,000 |
| Coins | (Wife)11 U.S.C. 522(d)(5) | 250 | 250 |
| Personal clothing | (Wife)11 U.S.C. 522(d)(3) | 500 | 500 |
| Earned fees | (Husb)11 U.S.C. 522(d)(5) | 2,000 | 2,000 |
| Turquoise | (Wife)11 U.S.C. 522(d)(5) | 3,950 | 3,950 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 31961 - Adobe PDF